UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Dina Santora<br><br>                    Plaintiff,<br><br><br><br>     -v.-<br>FBCS, Inc.<br><br>                    Defendant. | **Case #: 1:16-cv-02787-RRM-CLP** |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED TO** by the Plaintiff and Plaintiff's attorney that the above entitled action against Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorney's fees to any party, and that judgment of dismissal with prejudice may be entered in the above entitled action pursuant hereto.

Dated: August 15, 2016                                   Respectfully Submitted,
                                                                              */s/Daniel Kohn*
                                                                         Daniel Kohn, Esq.
                                                                         **RC Law Group, PLLC**
                                                                         285 Passaic Street
                                                                         Hackensack, NJ 07601
                                                                         dkohn@rclawgroup.com
                                                                         Tel. 201-282-6500
                                                                         Fax 201-282-6501
                                                                         *Attorney for Plaintiff*